463 A.2d 53

Commonwealth v. Barbour, Appellant.

Submitted March 22, 1983. John R. Gailey, for appellant; Richard H. Horn, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.